**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7830**

ROBERT JOHN MOES,

                                        Petitioner - Appellant,

        versus

JEFFREY L. BANEY, Case Manager Coordinator,
CMC;  ROBERT  E.  BRIGHT,  Unit  Manager;
STEPHEN M. DEWALT, Warden,

                                        Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (CA-05-
1148-RWT)

Submitted: May 16, 2006            Decided: May 19, 2006

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert John Moes, Appellant Pro Se. James A. Frederick, Assistant
United States Attorney, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert John Moes appeals the district court's order denying his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Moes v. Baney, No. CA-05-1148-RWT (D. Md. Nov. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED